# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **THOMAS DAM,** | ) | **CASE NO. 8:04CV175** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **LIFE INSURANCE COMPANY OF NORTH AMERICA,** | ) ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on Defendant Life Insurance Company of North America's Motion for an Extension of Time of one week in which to file a motion for summary judgment. The motion shall be granted. Accordingly,

IT IS ORDERED:

1. The Defendant's Motion to Extend Time (Filing No. 18) is granted; and

2. The parties shall file dispositive motions on or before Wednesday, April 27, 2005.

DATED this 20th day of April, 2005.

BY THE COURT:

s/ Laurie Smith Camp
Laurie Smith Camp
United States District Judge