# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| THOMAS DAM, | ) | |
| Plaintiff, | ) | 8:04CV175 |
| v. | ) | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | ) | ORDER |
| Defendant. | ) | |

    This matter is before the court on defendant's Motion to Continue Trial and Pretrial Conference (#27). For good cause shown, and upon consultation with Judge Smith Camp's chambers,

    **IT IS ORDERED** that the motion is granted, as follows:

    1.    The final pretrial conference is continued from September 26, 2005 to **Thursday, January 26, 2006 at 9:00 a.m.** in the chambers of the undersigned, Room 2210, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

    2.    The nonjury trial now set for October 4, 2005 is continued to **Tuesday, February 7, 2005** before the Honorable Laurie Smith Camp.

    **DATED September 14, 2005.**

                                  **BY THE COURT:**

                                  **s/ F.A. Gossett**
                                  **United States Magistrate Judge**